AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 10-MJ-4025 |
| KELLY GRICE | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* KELLY GRICE,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Defendant and others knowingly and with intent to defraud produced, used, or trafficked in one or more counterfeit access devices, all in violation of 18 U.S.C. §1029(a)(1).

Date: 2/18/10

*Issuing officer's signature* — Marian W. Payson

City and state: Rochester, New York

U.S. Magistrate Judge Marian W. Payson
*Printed name and title*

### Return

This warrant was received on *(date)* February 18, 2010 and the person was arrested on *(date)* February 19, 2010
at *(city and state)* Rochester, New York.

Date: 2/19/10

*Arresting officer's signature* — Warren L. Jones

Warren Jones, Special Agent
*Printed name and title*
US Secret Service

Miranda Rights Read at 0840 Hours